**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

F LED
IN COURT
CHARLOTTE, N. C.

AUG 1 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

Case Number: 3:04CR133

United States of America          )
                                  )
          Plaintiff,              )
    Vs.                           )          ORDER
                                  )
Craig O'Neal Pyatt                )
                                  )
          Defendant               )

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 1st day of August, 2005.

United States Judge Presiding

